FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

NOV 01 2024

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE <u>NORTHERN</u> DISTRICT OF GEORGIA
<u>ATLANTA</u> DIVISION

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

ROY LATIMORE A.K.A. DEWON PITTS
QUINTON JONES
JOHNATHAN KIRKLAND
ALVIN BURKE
See Attached Plaintiffs Page
(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

Plaintiff

VS.

CITY OF ATLANTA
A.P.D. POLICE DEPT.
GEORGIA DEPT OF CORRECTIONS
Ms. FANI T. WILLIS (Head D.A.)

(NAME OF EACH DEFENDANT)
See Attached Defendants Page

Defendant(s)

1:24-CV-5046

CLASS ACTION

CIVIL ACTION NO:
_____

## I. GENERAL INFORMATION

1. Your full name and prison number <u>Roy E. Latimore  GDC# 842386</u>
2. Name and location of prison where you are <u>now</u> confined <u>Telfair State Prison P.O. Box 549 Helena GA 30037</u>
3. Sentence you are now serving (how long?) <u>5 Life w/o Parole Plus 5 years</u>
    (a) What were you convicted of? <u>Armed Robbery 5 counts and 2 possession of firearm</u>
    (b) Name and location of court which imposed sentence <u>Fulton County Superior Court 136 Pryor street SW Atlanta GA. 30303</u>
    (c) When was sentence imposed? <u>10-18-2012</u>
    (d) Did you appeal your sentence and/or conviction?   Yes ✓   No ☐
    (e) What was the result of your appeal? <u>Bogus, unlawful, unjust order by the Court of Appeals of GA. Denied My Appeal w/o Right Supreme and habeas court Telfair Did The same. To cover up for Fulton Superior Court.</u>

(f) Approximate date your sentence will be completed **They want me to Die in Prison of old age**

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

   Yes [✓]   No [ ]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit INVOLVING SAME FACTS:
       Plaintiff(s): **Roy Latimore**

       Defendant(s): **Judge Tom Campbell, Paul Howard Jr, Cathelene T. Robinson, City of Atlanta**

   (b) Name of Court: **Fulton Co. Superior Court State Civil Action**
   (c) Docket Number: **24CV004454**   When did you file this lawsuit? **April 9, 2024**
   (d) Name of judge assigned to case: **Judge McAfee**
   (e) Is this case still pending?   Yes [✓]   No [ ]
   (f) If your answer to (e) is "No", when was it disposed of and what were the results?
       (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)
       **N/A**

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [ ]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:
   (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:   **N/A**
       Plaintiff(s): **Roy Latimore**
       Defendant(s): **SGT. Hall, Dr. Sydency Palilinko, Navicent Hospital, v. stewart**
   (b) Name of Court: **U.S. District Ct of Georgia Southern District Dublin**
   (c) Docket Number: **CV-324-049**   When did you file this lawsuit? **7-3-24**
   (d) Name of judge assigned to case: **Brian K. Epps**
   (e) Is this case still pending?   Yes [✓]   No [ ]

(f)    If your answer to (e) is "No", when was it disposed of and what were the results?
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

N/A

8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT in which you were permitted to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes ☐    No ☑

If your answer is Yes, state the name of the court and docket number as to each case:

### III. PLACE OF INCIDENT COMPLAINED ABOUT

9. Where did the matters you complain about in this lawsuit take place? Fulton county Superior COURT and APD

(a) Does this institution have a grievance procedure?    Yes ☑    No ☐

(b) If your answer to question 9(a) is "Yes", answer the following:

(1) Did you present your complaint(s) herein to the institution as a grievance?
Yes ☐    No ☑    N/A

(2) If Yes, what was the result? N/A

(3) If No, explain why not: This Happen out side The Prison Before I Got in the prison The GDC Just holding me unlawfully while putting my life in constant harms way and Danger, it very unsafe and inhumane; cruel and all together wrong.

(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

N/A

(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?   Yes ☐   No ☐

(1) If Yes, to whom did you appeal and what was the result?

N/A

(2) If No, explain why you did not appeal: N/A

N/A

10. In what other institutions have been confined? Give dates of entry and exit.

Wilcox state Prison 1-12-12 exit 3-14-12 Johnson st Prison 3-14-12 exit 3-11-13 Macon state Prison 3-11-13 exit 2-7-20 Telfair state Prison 2-7-2020 still here Now October 7, 2024 They send you To T.S.P. To be punished, harmed or Killed". facts

## IV. PARTIES TO THIS LAWSUIT

11. List your CURRENT place of incarceration/mailing address.

Telfair State Prison P.O. Box 549 Helena GA. 31037

12. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

FANI T. Willis  Head DA. Fulton co. Superior Court 136 Pryor st. SW ATL, GA. 30303
Georgia Dept of Correction
Judge Mark A COHEN Federal Judge Northern ATL Division
The Lewis R SLAYTON COURT HOUSE 136 Pryor st SW ATL GA 30303
A.P.D. Police Dept. 226 Peachtree St. S.W. Atlanta GA 30303

## V. STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them? Describe how each defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE REQUIRES THAT PLEADINGS BE SIMPLE, CONCISE, and DIRECT! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur? That is, at what institution or institutions? happen in the Superior court All The Prisons Play a Great Part in these unjust Acts

WHEN do you allege this incident took place? its Been on going Since May 18, 2012 To Now oct 2024

WHAT happened? The Superior Court OF FULTON COUNTY ARE SENDING ALL Their Defendants to Prison illegally w/o any Jurisdiction to Proceed Against Them Because their Sending all Defendant to Prison under void indictments That never went Before a Grand Jury into open court where a Witness Gave Sworn Testimony before the Grand Jury with the Facts recorded on the minutes of the court and record in the clerks office. This was not Done in any of the Plaintiffs cases and the Clerk office do not have any Records of the Return of indictment Against any of the Plaintiffs which the Record of the court Reflects As FACTS. Which is why all the Defendants in this §1983 Federal Class ACTION Each Defendant is sued individually and in his or her official Capacity. At all times mentioned in this complaint each Defendant acted under the Color of State law, Which is Also why More Defendants and Plaintiffs will be later Amended and Added To This Class Action. On Many of the Grounds Stated In the Declaration Supporting this complaint. Because on May 18, 2012 CASE NO. 12SC110732 "Jury Trial Demanded"   See Attached Page

14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

Laronda Martin Bar #473397 55 Park Place Suite 1600 Atl Ga. 30303
Lori Branch 486 Blvd #303 ATL Ga 30308, The Fulton co Superior court clerks office and all Their minutes & Transcripts of all Grand Jury Return of Indictments 136 Pryor street SW 5th Floor Atlanta Ga 30303
Ga Public Defenders office ATL Division 55 Park Place Suite 1600 ATL Ga. 30303

15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

ALL Records wiped clean, Injunction Relief is also Demanded. END MASS INCARCERATION IN GEORGIA FREE US ALL TODAY Right Now charge all Defendants with Criminal Charges, fines and Prison terms Because they all Knowingly and intently Direct or indirect unlawfully Sent, Kept or covered up unjust, illegal Deed of false Arrest and False imprisonment And violation of Their Due process of Law Their goes your Deliberate indifference, Deprivation of Character, Malicious Prosecution and failure to Protect etc. And whenever a Judge Breaks the law or violate anyone Rights should Receive Same Punishment. Were Asking for $21.4 Trillian Dollars for Damages.

16. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you will be afforded an opportunity to respond thereto.

17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO DILIGENTLY PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case before you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this 10th day of Octorber, 2024.

_Roy Latimore_
PLAINTIFF

PAGE 1 of 2
see back

ATTACHMENT
OF ALL PLAINTIFFS
FULL NAMES & ADDRESSES
ATLANTA DIVISION

1). Roy Latimore AKA. Dewon Pitts GDC# 842381, 12SC110732, 04SC14424
2). Quinton Jones GDC# 1196940 CASE NO. 12SC112223
3). Johnathan Kirkland CASE NO. 15SC135240
4). Felton Lovejoy GDC# 1000595277, CASE NO. 13SC122568
5). Wallace Fleming GDC# CASE NO. 14SC131888, 11SC13124
6). Antonio Brown GDC# 748722
7). Fabian Powers GDC# 0001276212 (T.S.P.)
8). Eric Woods GDC# 100053704 CASE NO. 12SC112467, 11SC103949, 11SC102986
9). Andreas Perkins GDC# 1002042798 CASE NO. 14SC126417 Hancock STATE Prison
10.) Demetrius Gordon GDC# 1000702944 CASE NO. 17SC158370
11) Jaquez Douse CASE NO. 13SC121318
12) Stefon Fields GDC# 1112121
13) Harold Dodson GDC# (Hays State Prison) *address
14.) Antoniel Deron Davis GDC# 819102 CASE NO. 11SC104550
15). Chauncey Pope GDC# 1000107809 CASE NO. 16SC143158
16). Moda Gueye GDC# 1000042103 (11SC104718 CASE NO.)
17). Eric Johnson GDC# 1001909879 CASE NO. 15SC131799
18). Yahsell Gable GDC# 1001160487 (17SC154113)
19). Antonio Hightower GDC#
20). Tariq Franklin 04SC19255
21). Moerise Williams GDC# 1081096
22). Taronte Brown GDC# 1001700724
23). Quintavis Robinson GDC# 1001385900

Lines 1-23 → ↑ All Above Plaintiffs Address T.S.P. P.O. Box 549 Helena GA 31637 ↑

24). Nicholas Hudson GDC# 1016140 (Released)
25). Jevontay D. Fleetwood CASE NO. 10SC90907 (Released)

← SEE BACK SIDE →

All Plaintiff's cases are heard in Fulton county Superior court Atlanta GA 136 Pryor Street SW. ATL, GA. 30303

26). James Burley 04SC20160⁶⁸ Macon state Prison
27). Antonio Payne GDC# 1075354 Telfair state Prison
28). Aaron Wiley GDC# 1214307 (12SC112832) Telfair state Prison
29). Joel A. Douglas [GDC#1000181227 / CASE NO. 08SC73035) Telfair state Prison
30). Alvin Burke CASE NO. 12SC113203) Macon state Prison
31). Stanley Glaze CASE NO. 114032) M.S.P. (Released)
32). Deimeyon Allen CASE NO. 09SC83565) M.S.P.
33). Johnny Jackson CASE NO. 12SC110012) M.S.P.
34). Richard Deontae Lynn CASE NO. 15SC135838) M.S.P.
35). Joeeph Robertson CASE NO. 15SC134958 & 15SC133800) M.S.P.
36). Dion Sims CASE NO. 10SC93049 M.S.P. 2728 Hwy 49 South Oglethorpe GA 31068
37). Derrick Newell CASE NO. 13SC128731 (Hancock state Prison
38). Cedric Thompson GDC# 1000203506

Respectfully Submitted
Ray Latimor

ATTACHMENT
PART IV LINE 12.
FULL NAMES OF ALL
DEFENDANTS AND
ALL PLAINTIFFS

see BACKSIDE
PAGE 1 OF 2

↓ DISTRICT ATTORNEY OFFICE
1.) Fani T. Willis (Head D.A.), 2). NADA NASERI (Ass't D.A.), 3). TODD Ashley (D.A.), 4). PAUL ARENA CAMARILLO (A.D.A.), 5). MARC A. MALLON (sr. A.D.A), Ruth M. Pawlak [41], 6). TERRI WALKER (D.A.), 7). Paul L. Howard Jr. (Ex Head D.A.) 3rd floor
136 Pryor Street S.W. 3rd floor [D.A. office]
ATLANTA GA. 30303

CLERK OFFICE 5th FLOOR
8). CHE' Alexander (Head Clerk), 9). Cathelene Tina Robinson (Ex Head clerk), 10). EMMA Lucier (clerk), — 136 Pryor St. SW 5th Floor Atlanta Ga 30303 ↔ [clerks office]

↓ NAMES AND ADDRESSES OF ALL BOGUS JUDGES.
136 Pryor St. S.W. ATL, GA. 30303 Fulton Co. Superior court ↓

11). Judge Thomas R. Campbell, 12). Judge John Jack Goger, Roy Roberts
13). Judge Paige Reese Whitaker, 14). Judge Jackson T. Bedford Jr, Judge LEE,
15) Judge J. LALL [16] Judge LeftRidge, 17) Judge URAL Glanville [18] Kevin Farmer

↓ NAMES of All COURT OF APPEALS JUDGES & Addresses ↓
47 Trinity Ave Suite 501 ATL, GA. 30334
Head clerk ↓
19). Judge McFADDEN, Judge [20] RAY and Judge [21] RICKMAN, 22) Stephen E Castle,
23). MARK A. COHEN → Federal Judge ATL DIVISION 75 Ted Turner Dr SW ATL Ga 303
DON'T HAVE THE SUPREME COURT JUDGES NAMES YET
BUT THEY WILL BE ADDED ALONG WITH ALL INVOLVED 12SC110732
↓ ALL COURT REPORTER ADDRESSES & NAMES
Justice Center Tower 185 Central Ave SW ATL, GA. 30303

24). GENEAN WOMBlE, [25] CHERRIE L. BOWEN ccr# 1472, [26] BEVERLY BARFIELD
27). LORRAINE [28] CARTER, CHERYL GILLIAM, [29] NANETTE HULL, [30] Geraldine Glover

↓ ALL ATTORNEYS Names & addresses

30.) Richard Allen Hunt. 174 Trinity Ave 2nd floor Atl, GA. 30303,
[42] BERT ROUGHTON III,
32.) Kenya Herring Berry Ga. Public Defenders office 100 Peachtree St NW ATL Ga 30303
33). Lawanda J. O'Banna Alabama Federal Defender
34). Ed Adams Private Attorney

OTHER DEFENDANTS ↓
35. The City of Atlanta
36. Georgia Dept of Correction
MARY TEMPLETON.
37. ~~████████~~ 201 West Ponce De Leon, Decatur GA. 30030
38. Dr. Kenneth Fleishman 886 DURANT Place, ATL, GA. 30309
39. CAROLYN TULLY 180 Jackson St. Atl, GA. 30312
40. ELIZABETH CASTRO 455 Oakdale Rd NE ATL GA. 30307

↓ A.P.D Police DEPT.

43) INV/DET. Alton Calhoun A.P.D. 226 Peachtree St. SW 5th floor ATL GA. 30303  Phone (404) 546-5337

44). INV. J. Shephard  Jarion Shephard (APD)

45). Officer Woolfolk  (Address City of ATL DEPT OF LAW   MAYOR KASIM REED

46). Officer William Kellner  Suite 5000. CITY HALL 55 Trinity Ave S.W. ATL, GA. 30303-3520

47). Officer David Mateson

48). INV. Walter,  52). Sharon Latners – ATL 911 Costodian of Records

49). Camra Tech Ms. Rene Charleston  crime sceen (Taker of evidence etc.)

Fulton Co. Superior Court
136 Pryor St SW ATA, GA, 30303

50). The LEWIS R. Slayton COURT HOUSE

51). Stephen E. Castten Supreme Court of Georgia (Head clerk)
244 Washington St S.W. ATLANTA GA. 30334

ALL Defendants are being Sued for Compensatory and Punitive Damages, And ALL Defendants are sued individually and in their his or her official capacity. At all times Mentioned in this complaint each Defendants acted under the color of state law. Jury Trial is Demanded.

RESPECTFULLY SUBMITTED
*Roy Latimore*
ROY LATIMORE  PRO SE
ALL RIGHTS RESERVED